1:18MJ4267-JDG

# AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANT

I, Ryan D. Anschutz, a Task Force Officer with the Federal Bureau of Investigation (FBI), Cleveland Division, being duly sworn, depose and state as follows:

1. I have been employed as a Mansfield Police Officer for approximately ten years, and am currently assigned to the Cleveland Division, Mansfield Resident Agency's Child Exploitation Task Force. While employed by the Mansfield Police Department and assigned to the FBI, I have assisted in the investigation of federal criminal violations related to Violent Crimes and the FBI's Innocent Images National Initiative, which investigates matters involving the online sexual exploitation of children. I have gained experience through training at the FBI's Innocent Images National Initiative training center and everyday work related to conducting these types of investigations.

2. As a task force officer having received a Special Deputization from the United States Marshal's Office, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. As will be shown below, there is probable cause to believe that Dennis L. Coffman has received, possessed, and/or distributed child pornography, in violation of Title 18, United States Code, Section 2252A(a)(2). I am submitting this affidavit in support of an arrest warrant authorizing the arrest of Dennis L. Coffman of Dunbilt Ct in Mansfield, Ohio.

## DEFINITIONS

4. The following definitions apply to this Affidavit:

a) "Child Pornography," as used herein, is defined in 18 U.S.C. § 2256(8) as any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct.

b) "Computer," as used herein, is defined pursuant to 18 U.S.C. § 1030(e)(1) as "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device."

c) The "Internet" is a global network of computers and other electronic devices that communicate with each other.  Due to the structure of the Internet, connections between devices on the Internet often cross state and international borders, even when the devices communicating with each other are in the same state.

d) "Internet Protocol address" or "IP address" refers to a unique number used by a computer to access the Internet.  IP addresses can be "dynamic," meaning that the ISP assigns a different unique number to a computer every time it accesses the Internet.  IP addresses might also be "static," if an ISP assigns a user's computer a particular IP address which is used each time the computer accesses the Internet.  IP addresses are also used by computer servers, including web servers, to communicate with other computers.

## BACKGROUND OF THE INVESTIGATION AND PROBABLE CAUSE

5. On several occasions between September 13th, 2018 at 4:04pm and November 19th, 2018 at 9:16am, TFO Ryan D. Anschutz, while connected to the Internet in an online covert capacity, was signed into an automated software program which operates on the BitTorrent platform. The software program automates the process of browsing and downloading files from a single source. The downloaded torrents are shared by a user over the BitTorrent network. The software program searches the BitTorrent network for torrents of interest with infohash values of suspected child pornography – these torrents have previously been downloaded by law enforcement and correspond with files, previously seen by law enforcement and which depict child pornography. During the aforementioned time period TFO Anschutz connected to the individual five (5) different times utilizing IP address 76.188.9.220 for a single source download of files within torrents of interest with infohash values suspected of child pornography. It is of note that by the design of the BitTorrent network these files were shipped and transported in and affecting interstate and foreign commerce.

5. The individual utilizing IP address 76.188.9.220 was using BitTorrent client software protocol libtorrent/1.1.6.0 –UT5330-.

6. TFO Anschutz successfully downloaded approximately one hundred twenty one (121) files identified by different torrents that a computer at IP address 76.188.9.220 was making available between September 13th, 2018 at 4:04pm and November 19th, 2018 at 9:16am. Approximately forty nine (49) of those files downloaded were identified as child pornography. Three (3) of those files identified as child pornography are described below:

a) Image title: **Sarah footjob complete.mp4**

**MD5: E6681D1DFE42D25B2086A9A3C3458D764D576431**

Description: This is a color video that is approximately 10 minutes 33 seconds in length. The video depicts starting at approximately 2 minutes into the video, pink text on the screen "Sarah's Footjob". The video consists of an adult male with his erect penis exposed, next to a prepubescent toddler female with her genitalia exposed on a bed. The adult male is observed rubbing his erect penis on the genitalia of the prepubescent toddler female along with her feet throughout the video. At approximately 9 minutes and 16 seconds, the adult male ejaculates onto the feet and legs of the prepubescent female toddler, at which time he sprinkles what appear to be chocolate chips all over her legs as he rubs the ejaculate around and on her body..

b) Image title: **7yo first time with monster dick.mpg**

**MD5: 695287212DB4691CA3925D5D10B1CAAA**

Description: This is a color video that is approximately 6 minutes in length. The title screen starts with the words "Bi a 7 year old tries it for the first time" then cuts to a prepubescent female child and what appears to be an adult male on a bed. The prepubescent female child is observed engaging in genital to oral sex with the adult male's erect penis..

c) Image Title: **Falko III (with sound) 853x480.mp4**

**MD5: 159680FB02B26B330C5D509C06ABF886**

Description: This is a color video that is approximately 30 minutes 46 seconds in length. The video depicts several different prepubescent females engaging in genital to genital and

genital to oral sex with adult males. At one point in the video at approximately 22 minutes and 5 seconds the words "6 yr SLAVE" appears on the screen. At that point in the video prepubescent females are observed blindfolded and bound at the wrists with black rope while their genitalia is exposed and spread apart for the camera.

7.  On October 26th, 2018 TFO Anschutz queried the IP address 76.188.9.220 through the American Registry for Internet Numbers (ARIN), which reported that this IP address was registered to Time Warner Cable (Spectrum/Charter Communications). Results from administrative subpoenas sent to Time Warner Cable/Spectrum on October 26th, 2018, revealed the downloads on September 13th, 2018 4:04pm, the IP address was assigned to the account registered to Dennis Coffman of 16 Dunbilt Ct, Mansfield, Ohio 44907, telephone number 419-512-1376. The administrative subpoena results further stated that the account of Dennis Coffman has been active since 2/10/2018.

### SEARCH OF 16 Dunbilt Ct. Mansfield, OH 44907

8.  On December 18, 2018 a federal search warrant was executed at Dennis L. Coffman's residence in Mansfield, Ohio. Seized during the search warrant were: 1 LG cellular phone, 1 Samsung cellular phone, 1 iPhone SE cellular phone, 1 activision flash drive, and a small spiral bound paper notebook.

9.  Dennis L. Coffman was contacted in the residence and escorted outside of the residence. Coffman was asked if he knew why a Federal Search warrant was being conducted in his residence and he denied any knowledge. Coffman was advised the reason of the search warrant at which time he mumbled under his breath "porn is just porn" and "young videos." This investigator could not understand any other words in Coffman's

sentence and when asked if he could repeat what he had said he denied to comment any further.

10. The occupants/family members of the residence advised that they observed Coffman sleeping on the couch the night prior to the search warrant with his phone, a black LG Stylus, on the phone charger that was plugged into the wall behind the couch. Upon initial search of the living room area, the LG cellular phone could not be located. The phone was located a short time later in the kitchen area under items in a closed cabinet area under the microwave. Coffman denied knowledge of any phone and stated that he "didn't own one."

11. The occupants/family members of the residence described that no one is allowed on or near Coffman's phone and he keeps it on his person all hours of the day. The occupants/family members further stated that Coffman has a passcode to the phone that no one knows. The phone was also described as having tape covering the rear facing camera, when located, the phone did in fact have tape covering the camera. Once located, the occupants/family members of the residence positively identified the phone belonging to Coffman.

12. On December 19, 2018, a forensic extraction of data was conducted on the LG device. Located within the SMS Messages of the device, a sent message was located that stated "Ok this is Dennis lol".

13. Call log history on the LG device identified calls to "419-512-1376" identified in the contact list as "My Love 2". The aforementioned telephone number is the primary number associated to Coffman's wife.

14. Email history on the LG device identified emails to the address of daddypimp185@gmail.com" at which time in the body of several emails, "Dennis" is mentioned in the context of "Welcome to FamilySearch, Dennis", and "Dennis,…."

15. The device accounts identified on the device are primarily, "Korn Fan kornmndq454@gmail.com" and "Pimp Daddy daddypimp185@gmail.com.

16. Located within the data files section of the extraction were the videos tab. Within the videos tab, TFO Ryan D. Anschutz was able to locate several video files depicting juveniles engaged in sexually explicit conduct. These videos included but not limited to; a prepubescent female engaging in self masturbation in front of a video camera. It is of note that several files were located that had been deleted that had a file size of "0". Some of those files had the names, "7yo ANrb-Private anal fuck.avi", "2yo_rape.3gp", "(Pthc) 2011 8yo girl with two men.avi", and "! New ! (Ptsc) Voy-2-16F Spycam Preteen Changing.avi".

17. 4 files were located in the "uncategorized" section of the extraction and found to be identified on the Project Vic child exploitation file hash database identifying the videos as "Child Abuse Material" and "Child Exploitation Material". One of the videos with the name "YXZp_edde300b47240db5" and MD5 hash of **a4c3b5ebb7fe001399a70395e6042e6f** depicted two prepubescent females undressing in front of a camera at the direction of what appears to be a female voice in the background. The prepubescent females undress as the camera focuses in on their exposed genitalia throughout the video.

18. The LG phone was observed to have the installed application "BitTorrent" on the device.

19. Coffman's wife, Melissa Coffman, advised that between 6 months and 1 year ago she made a list of items that were wrong in their relationship when Coffman was "high on meth." Investigators located a spiral bound notebook on Melissa Coffman's night stand next to her bed. Within the notebook was a list that stated "1. Im not aloud to look at your phone, 2. Can't ask you why people are here, 3. The child porn, 4. Lie's, 5. You call me stupid." When asked what these meant, Melissa Coffman stated that when Coffman was passed out from a meth high, she got into his LG cell phone and located files in his "download" folder that she stated she believed was "child pornography."

## CONCLUSION

14. Based on the aforementioned factual information, your affiant respectfully submits that there is probable cause to believe that Dennis L. Coffman did receive child pornography and has violated Title 18 U.S.C. § 2252A(a)(2).

Ryan D. Anschutz
Task Force Officer
Federal Bureau of Investigation

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 4.1 and 41(d)(3) this 20th Day of December, 2018

HONORABLE JONATHAN D. GREENBERG
UNITED STATES MAGISTRATE JUDGE