# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:19CR00027 |
| | ) | |
| | ) | |
| Plaintiff, | ) | JUDGE LIOI |
| | ) | |
| vs. | ) | |
| | ) | **UNOPPOSED MOTION TO** |
| DENNIS LEE COFFMAN | ) | **CONTINUE SENTENCING** |
| | ) | |
| Defendant. | ) | |

Defendant, by and through the undersigned counsel, moves this Honorable to continue the sentencing in the instant matter set for November 5, 2019 for a later date at the Court's convenience. The reason for said Motion is counsel is currently drafting a sentencing memorandum and additional information is needed from the case agent for counsel to properly address substantive mitigation material for this Court's consideration. Counsel and AUSA Deckert have been in constant communication but the parties are unable to meet with the needed materials in a time frame that will allow counsel for the Defendant ample time to complete his sentencing memorandum.

WHEREFORE, for the reasons stated above, Defendant moves this Honorable Court to continue the sentencing in the instant mater This motion is not being made for the purpose of delay.

        Respectfully submitted,

        /s/Marcus S. Sidoti_____
        MARCUS SIDOTI, 0077476
        FRIEDMAN | GILBERT LLC
        50 Public Square, Ste. 1900
        Cleveland, Ohio 44113
        (216) 357-3350
        marcus@jordansidoti.com
        Attorney for Defendant

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the foregoing Motion has been forwarded to the following via this Court's electronic filing system, on this 10th day of October 2019:

Assistant U.S. Attorney Deckert
400 United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113

        Respectfully submitted,

        /s/Marcus S. Sidoti_____
        MARCUS S. SIDOTI, 0077476
        FRIEDMAN | GILBERT LLC
        Attorney for Defendant