IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19CR00027 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE LIOI |
| v. | ) | |
| | ) | |
| DENNIS LEE COFFMAN, | ) | **MOTION TO WITHDRAW AS** |
| | ) | **ATTORNEY OF RECORD** |
| Defendant. | ) | |

Now comes the undersigned attorney for Defendant, Dennis Lee Coffman, and hereby moves this Honorable Court for permission to withdraw as Defendant's attorney. Defendant has requested attorney to withdraw from his mater as the two have irreconcilable differences. Consequently, the undersigned has been instructed and is prevented from rendering further effective legal services. Counsel spoke with Defendant and his wife on today's date regarding the instant Motion. Should this Honorable Court find the Motion well taken, counsel requests that new counsel be assigned as the Defendant is indigent.

Wherefore, the undersigned attorney respectfully requests that this Honorable Court permit him to withdraw as attorney of record in this matter.

Respectfully submitted,

/s/ Marcus S. Sidoti
MARCUS SIDOTI, 0077476
FRIEDMAN | GILBERT LLP
50 Public Square, Ste. 1900
Cleveland, OH 44113
Phone: (216) 357-3350
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing Motion to Withdrawal as Attorney of Record has been forwarded to the following via this Court's electronic filing system this 28th day of October, 2019.

Brian Deckert
Assistant U.S. Attorney
400 U.S. Courthouse
801 West Superior Ave.
Cleveland, OH 44113

                                            /s/ Marcus S. Sidoti
                                            MARCUS SIDOTI, 0077476