# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:19CR00027 |
| | ) | |
| | ) | |
| Plaintiff, | ) | JUDGE LIOI |
| | ) | |
| vs. | ) | |
| | ) | **MOTION TO CONTINUE** |
| DENNIS LEE COFFMAN | ) | **HEARING ON COUNSEL'S** |
| | ) | **MOTION TO WITHDRAW** |
| Defendant. | ) | |

Defendant, by and through the undersigned counsel, moves this Honorable to continue the hearing on counsel's motion to withdraw from November 8, 2019 to November 15, 2019. The reason for said Motion is counsel will be in the state of Virginia for the filing of a civil rights matter Wednesday November 6, 2019 returning November 8, 2019 at 10pm.

WHEREFORE, for the reasons stated above, Defendant moves this Honorable Court to continue the motion hearing to November 15, 2019. This motion is not being made for the purpose of delay.

Respectfully submitted,

/s/Marcus S. Sidoti
MARCUS SIDOTI, 0077476
FRIEDMAN | GILBERT LLC
50 Public Square, Ste. 1900
Cleveland, Ohio 44113
(216) 357-3350
marcus@jordansidoti.com
Attorney for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing Motion has been forwarded to the following via this Court's electronic filing system, on this 4th day of November 2019:

Assistant U.S. Attorney Deckert
400 United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113

      Respectfully submitted,

      /s/Marcus S. Sidoti
      MARCUS S. SIDOTI, 0077476
      FRIEDMAN | GILBERT LLC
      Attorney for Defendant